## UNITED STATES of America, Appellee,

v.

## Roy C. HALL, Appellant.

### No. 02–3366.

United States Court of Appeals, Eighth Circuit.

Submitted March 4, 2003.

Decided March 10, 2003.

Before WOLLMAN, FAGG, and LOKEN, Circuit Judges.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District

PER CURIAM.

After Roy Hall was sentenced to probation for a drug offense, the district court[1] revoked his probation and sentenced him to 24 months imprisonment and 3 years supervised release. Hall began supervised release in June 2001. In September 2002 the court revoked his supervised release and sentenced him to 24 months imprisonment. Hall appeals this sentence.

Given Hall's admission that he committed multiple violations of his supervised release conditions, revocation was proper. *See* 18 U.S.C. § 3583(e)(3). Further, the district court did not abuse its discretion in setting the sentence. *See United States v. Shaw,* 180 F.3d 920, 922–23 (8th Cir.1999) (per curiam); *United States v. Grimes,* 54 F.3d 489, 492 (8th Cir.1995) (standard of review). Accordingly, we affirm, and we grant counsel's motion to withdraw.

A true copy.